IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASWINDER SINGH,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UR JADDOU, ET AL.,<br><br>　　　　　　　　　Defendants. | CASE NO.  1:24-CV-00525-EPG<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME<br><br>(ECF No. 7) |

　　　The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of his pending asylum application, which he filed in September 2017.  USCIS needs additional time in order to schedule Plaintiff's asylum interview.  The parties anticipate that this lawsuit will be rendered moot upon the successful completion of the interview and adjudication.

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is July 22, 2024.  The parties further request that all other filing deadlines be similarly extended, and that the initial scheduling conference, currently set for August 13, 2024, be vacated and reset.

Respectfully submitted,

Dated:  July 8, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JESSICA T. ARENA
JESSICA T. ARENA
Counsel for Plaintiff

**ORDER**

Pursuant to the parties' stipulation (ECF No. 7), the new date for Defendants to file an answer or other response is extended to July 22, 2024. Additionally, the initial scheduling conference, currently set for August 13, 2024, is continued to September 26, 2024, at 10:30 a.m. The parties are reminded to file a joint scheduling report one week before the scheduling conference.

IT IS SO ORDERED.

Dated:   **July 9, 2024**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE