IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASWINDER SINGH,<br><br>                      Plaintiff,<br><br>      v.<br><br>USCIS, ET AL.,<br><br>                      Defendant. | CASE NO.  1:24-CV-00525 EPG<br><br>STIPULATION AND ORDER<br>FOR TEMPORARY ABEYANCE<br><br>(ECF No. 9). |

      By previous order, the Court held this case in temporary abeyance through July 22, 2024.  (ECF 8.) Defendants respectfully request to hold this case in temporary abeyance through December 26, 2024, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2017.  USCIS has scheduled Plaintiff's asylum interview for August 28, 2024.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days.  If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

///

///

///

1  The parties therefore stipulate that this matter be held in temporary abeyance through December 26, 2024.  The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  July 11, 2024                                        PHILLIP A. TALBERT
                                                                              United States Attorney

                                                                    By:   /s/ ELLIOT C. WONG
                                                                              ELLIOT C. WONG
                                                                              Assistant United States Attorney


                                                                              /s/ JESSICA TAYLOR ARENA
                                                                              JESSICA TAYLOR ARENA
                                                                              Counsel for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that this matter is held in temporary abeyance through December 26, 2024. (ECF No. 9). All pending deadlines and dates, including the scheduling conference set for September 26, 2024, are vacated. (ECF No. 8). By no later than January 10, 2025, the parties shall file an appropriate dispositional document, or, alternatively, a joint status report advising the Court as to how they intend to proceed in this case.

IT IS SO ORDERED.

Dated:   **July 12, 2024**                         /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE