UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASWINDER SINGH,<br><br>   Plaintiff,<br><br>v.<br><br>UR JADDOU, et al.,<br><br>   Defendants. | Case No. 1:24-cv-00525-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 11). |

On September 13, 2024, the parties filed a joint stipulation dismissing this action without prejudice and with each party to bear their own attorney fees and costs. (ECF No. 11). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to terminate all pending dates and deadlines and to close this case.

IT IS SO ORDERED.

Dated:  **September 16, 2024**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

1